Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| UNIVERSAL STEEL TRADING, LLC D/B/A UNIVERSAL PIPE, VALVES & FITTINGS <br><br> Recurrido <br><br> v. <br><br> HERPLA ENGINEERING CORPORATION <br><br> Peticionario | KLCE202301475 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan <br><br> Caso número: SJ2022CV04111 <br><br> Sobre: Daños y Perjuicios; Interferencia Torticera |
| --- | --- | --- |

Panel integrado por su presidente, el juez Bermúdez Torres, el juez Adames Soto y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2024.

Examinado el *Certiorari*[1] instado el 29 de diciembre de 2023, por Herpla Engineering Corporation, así como la *Oposición a la Expedición del Auto de Certiorari* presentada el 16 de enero de 2024, por Universal Steel Trading, LLC d/b/a Universal Pipe, Valves & Fittings, resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40. Ello, sin perjuicio de que, en su momento, cualquier planteamiento de derecho sea presentado nuevamente en la apelación, si alguna, que pueda instar la parte peticionaria.

---

[1] La parte peticionaria acudió ante nos y solicitó que revisáramos la *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan, el 10 de octubre de 2023, notificada al día siguiente, mediante la cual, en lo pertinente, denegó una solicitud de desestimación promovida por la parte peticionaria.

Número Identificador

RES2024 _____

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones